FILED

06/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0145

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 23-0145

CITY OF GREAT FALLS,

      Petitioner and Appellant,

v.

INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, Local #8, MONTANA FEDERATION OF PUBLIC EMPLOYEES, and CITY OF GREAT FALLS CRAFT COUNCIL,

      Respondents and Appellees.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Upon consideration of Appellees' motion for a 30-day extension of time, and good cause appearing therefore, Appellees are granted an extension of time to and including July 31, 2023, within which to prepare, serve and file a response brief.

_____
BOWEN GREENWOOD
Clerk of Montana Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 19 2023